# UNITED STATES DISTRICT COURT

### for the

### Southern District of New York

| | |
|---|---|
| WILLIAM QUINONES, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No.   17 CV 3470 (LAK) (KNF) |
| | ) ) ) |
| C.O. REID, Shield No. 7718, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   C.O. Lopez, Shield No. 15427, C.O. Ramirez, Shield No. 11033, C.O. King, Shield No. 9710, C.O. McEnerny, Shield No. 8143, Correction Captain Carter, Shield No. 474
75-20 Astoria Boulevard, East Elmhurst, New York 11369

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    ALAN D. LEVINE, ESQ.
80-02 Kew Gardens Road, Suite 307
Kew Gardens, New York 11415
(718) 793-6363

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____

                                                          *Signature of Clerk or Deputy Clerk*